December 14, 2023

IN The United States District Court
Southern Division of Mississippi

Civil Action No. 3:23-CV-3117-DPJ-FKB

Tyrone Sanders                                    Plaintiff

- VS -

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 18 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Nicole Burge                                      Defendant(s)
Neshoba County Sheriff - Eric Clark
Neshoba County Constable - Keith McCrory & Josh Burt
Neshoba County Justice Court Judges - Paul Payne and
Johnathan Spears
Neshoba Democrat Newspaper (Web page) - James Prince II
Robert Lee Thomas - Prosecuting Attorney [Neshoba]

Motion to Amend
Complaint

Come now, You have been named in a civil

action involved life of Tyrone Sanders and conspiracy

in the county of Neshoba, Mississippi, Violations

Claim involved are: Conspiracy to commit murder,

brutal attack, slander, false imprisonment, defamation character

violation of Constitutional rights and admendments,

assault while in cuffs, violation under color of law, judicial

prejudice, conflict of interest, perjury, Harassment, fake arrest

| Defendant(s) | Occupation |
|---|---|
| 1. Nicole Burge<br>10830 Rd 553<br>Philadelphia, MS 39350 | T&J Subway<br>Sandwich Maker<br>1006 Central Drive<br>Philadelphia, MS 39350 |
| 2. Eric Clark - Sheriff | Neshoba County Sheriff<br>920 Chesnut Dr. Street<br>Philadelphia, MS 39350 |
| 3. Josh Burt - Baliff | Neshoba County Sheriff Office<br>920 chesnut ave<br>Philadelphia, MS 39350 |
| 4. Keith McCrory | Neshoba County Sheriff Office<br>920 Chesnut ave<br>Philadelphia, MS 39350 |

5. Paul Payne — Neshoba County Justice Court Judge, 200 Byrd avenue, Philadelphia, MS 39350

6. Johnathan Spears — Neshoba Co. Justice Court Judge, 200 Byrd avenue, Philadelphia, MS 39350

7. James Prince III — Neshoba Democrat Newspaper, 439 E Beacon St., Philadelphia, MS 39350

8. Robert Lee Thomas — Neshoba County Prosecuting Attorney, 435 Center Avenue, Philadelphia, MS 39350

Purposely filing false charges, pain and suffering that plaintiff seeks mental health counseling, family trauma.

I certify these facts to the best of my knowledge and ability.

Tyrone Sanders
Pro Se (private)