# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF MISSISSIPPI
## Northern Division

Page 1 of 2



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 29 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Tyrone Sanders - Plaintiff     Case No. 3:23-CV-3117-DPJ-ASH

-vs-

Nicole Burge - Defendant
Judge Paul Payne
Judge Johnathon Spears
Neshoba Co Prosecutor Robert Lee Thomas
Neshoba Co. Eric Clark
[ Josh Burt, Keith McCrory ]
Neshoba Justice Clerk Kim Yates
[                          ]

## Motion to Continue

Plaintiff has faced complication in delivery of service and process. Also added defendants has protract such dilemma that it has conjested some delay.

This case has many significant importance civil right violations. Order disruptions, corruptions and conspiracy at its core.

<u>UNITED STATES DISTRICT COURT</u>

1. False Arrest -
2. Slander of Character and Name
3. Loss of Property
4. False Trespass offense
5. Harrassment
6. Brutalize body (Personal)

Plaintiff is seeking relief for bail funds.
Plaintiff is seeking relief for court fees, print fees, mail fees.
Plaintiff is seeking relief for witness testimony, travel expense, fascimile fee, phone, attorney fees, attorney consultations.

<u>Tyrone Sanders</u>