UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TYRONE SANDERS                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:23-CV-3117-DPJ-FKB

NICOLE BURGE, ET AL.                                                                        DEFENDANTS

ORDER

Pro se Plaintiff Tyrone Sanders filed this lawsuit against several defendants on December 1, 2023. On April 15, 2024, Defendant Nicole Burge filed an Answer, and on May 14, 2024, the Court entered its Rule 16(a) Initial Order [10] setting the case for a July 19, 2024 telephonic case-management conference. On June 24, 2024, the Court reset the case-management conference for July 30, 2024. Notices of the setting and resetting of the case-management conference were sent to Sanders at the address on the docket. The Court ordered the counsel for Burge to set up the conference call.

Despite the Court's Order, Sanders failed to appear for the July 30, 2024 case-management conference. Counsel for Burge, who did participate in the conference, informed the Court that Sanders notified him several hours prior to the conference that Sanders would not participate in the conference. Notwithstanding this, counsel for Burge attempted to call Sanders at the appointed time of the conference. Sanders failed to answer or otherwise participate in the conference.

The Court therefore directs Sanders to show cause in writing, on or before August 13, 2024, why he failed to attend the case-management conference. The Court warns Sanders that a failure to meet this deadline or to timely comply with any Order of the Court will be deemed as a

purposeful delay and contumacious act by Sanders and may result in this case being dismissed without prejudice and with no further notice to Sanders.

IT IS, THEREFORE, ORDERED:

(1) That pro se plaintiff Tyrone Sanders on or before August 13, 2024, respond to this Order and show cause in writing why he failed to attend the case-management conference.

(2) That pro se plaintiff Tyrone Sanders file his written, signed response to this Order with the Clerk, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

(3) That pro se plaintiff Tyrone Sanders's failure to comply with this Order will be deemed as a purposeful delay and contumacious act by Sanders and may result in the undersigned recommending that this case be dismissed for Sanders's failure to prosecute.

**SO ORDERED AND ADJUDGED** this the 30th day of July, 2024.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE