UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TYRONE SANDERS                                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:23-CV-3117-DPJ-ASH

NICOLE BURGE et al.                                                                         DEFENDANTS

JUDGMENT

For the reasons stated in its Order entered this day, the Court dismisses without prejudice the above-styled civil action.

**SO ORDERED AND ADJUDGED** this the 21st day of August, 2024.

                                              s/ *Daniel P. Jordan III*
                                              CHIEF UNITED STATES DISTRICT JUDGE